No. 87–6752.  GAUNCE *v.* UNITED STATES; GAUNCE *v.* DE-VINCENTIS ET AL.; and GAUNCE *v.* NATIONAL TRANSPORTATION

SAFETY BOARD ET AL., 486 U. S. 1039. Motion for leave to file petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.